Ashley Elizabeth Zamora #95400-509
Victorville Satellite Camp FCI Med, I
PO Box 5400
Adelanto, CA 92301

CLERK, U.S. DISTRICT COURT

APR 26 2024

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

In the United States District Court for the Central District California

Ashley Elizabeth Zamora,
    Petitioner,

vs.

Warden Ricolcol, Victorville Camp FCI Med, I,
    Respondent.

Civil Case No: EDCV 24-887-HDV (SK)

Amended U.S.C. § 2241 that Bureau of Prisons ("BOP") Is Not Giving Me Administrative Remedies Form BP-8 So I Can Exhaust My Administrative Remedies for Staff Misconduct - Sexual Misconduct (Prison Rap and Elimination Act - PREA); Exhibit A.

28 U.S.C. § 2241 that BOP Is Not Giving Me Administrative Remedies Form BP-8 So I Can Exhaust My Administrative Remedies for Staff Misconduct - Sexual Misconduct (PREA)

It is axiomatic that prose filings should be liberally construed. See Erickson v. Pardus, 551 U.S. 89, 94 (2007). "In practice, this liberal construction allows courts to recognize claims despite various formal deficiencies, such as incorrect labels or lack of cited legal authority." Wall v. Rasnick, 42 F. 4th 214, 218 (4th Cir. 2022). I make the following under the penalty of perjury that it is true and correct. See McElyea v. Babbit, 833 F. 2d 196, 197 (9th Cir. 1987); Johnson v. Meltzer, 134 F. 3d 1393, 1399-1400 (9th Cir. 1998); Schroeder v. McDonald, 55 F. 3d 454, n.10 (9th Cir. 1995) pleadings count as "verified" if drafter states under penalty of perjury that contents are true and correct.

I am claiming that administrative remedies is not available to me as on November 7, 2023 I filed Exhibit A, requesting a BP-8 to report the staff misconduct - Sexual Misconduct (PREA), Counselor Diaz denied my request for a BP-8 So I could begin my administrative remedies, rendering the administrative remedy process unavailable. I was never given the BP-8 by Counselor Diaz, the person responsible for giving inmates like myself the administrative remedies forms which they are denying me administrative remedies rendering it unavailable to me as on November 7, 2023 I filed Exhibit A, requesting a BP-8 for sexual misconduct of Supervisor for General Maintenance Martinez towards me. Correction Officer has made inappropriate advances towards me which include comments, stalking, harassment, and singling me out for weeks, and filing dishonest reports about me when I did not submit to his sexual advances and reported these advances in a PREA complaint which resulted in the dishonest reports in retaliation for my PREA.

I am asking this Court for an order that Respondent remove me to a BOP facility closer to my home (within 500 miles) so that I can get a BP-8 form to begin my administrative remedies for my PREA against Supervisor for General Maintenance Martinez. I make this under the penalty of perjury that the aforementioned is true and correct.

_Ashley Zamora_     April 22, 2024, Adelanto, California

Exhibit A

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

BP-A0148
JUNE 10

U.S. DEPARTMENT OF JUSTICE

| TO: (Name and Title of Staff Member) Diaz | DATE: NOV 7 2023 |
| --- | --- |
| | REGISTER NO.: 95400-509 |
| FROM: Ashley Zamora | UNIT: G-S |
| WORK ASSIGNMENT: CMS | |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I need ③ BP-9s, ~~① BP-9 and ① apartments~~.
+ ③ BP-10s Please

Thanks,

Ashley.

(Do not write below this line)

DISPOSITION:

appeal shots given
② was only given
2 BP-10s
DIAZ refused to provide anything further

Signature Staff Member            Date

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct and BP-S148.070 APR 94

SECTION

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

<u>Exhibit B</u>

Ashley Elizabeth Zamora
Register number: 95400-509
Federal Prison Camp- Victorville
December 12, 2023

PREA report: Personal  account of events
Ashley Elizabeth Zamora
Register number: 95400-509
Federal Prison Camp- Victorville

My name is Ashley Zamora. I am a  female inmate at Federal Prison Camp in Victorville, CA. I am sentenced        30 months and surrenderedon August 23, 2023. I was assigned to wor k at CMS (General Maintenance) with Mr. Medley as my supervisor.

I am filing this PREA report of sexual abuse and misconduct by Officer S. Martinez.I am being harassed and stalked by Officer S .Martinez. The following is a  personal account of the events. I wou ld  like to note that I am writingthis in fear of retal iation from Victorville BOP staff. Victorville Federal Correctional is a small community and staff corroborates together to retaliate against inmates and abuse their power to futher false narratives, and support their interests. I am writing this seeking help.

Since I started at CMS I had never seen Officer S. Martinez . I had never seen him before in the CMS building until approximately Mid-October. Mr. Medley was the supervisor of the CMS crew of which I was a part of. Officer S. Martinez is NOT my supervisor, nor has he ever been my supervisor. It was around th e week of November 12, 2023 when I began to notice that Officer S. Martinez would walk by the tool room (where I was assigned to watch the tools. I was often alone in the tool room.) an excessive amount of tim es daily (10+ times a day), every time staring at me, which made me  very uncomfortable. My cowoker Juana Rosales also noticed and took note of S.Martinez's repeated appearances.

On Monday November 27, 2023, the girls at CMS returned to the unit slightly early for lunch.  Since the CMS girls would usually move together as a unit, I returned to the camp with the girls for lunchtime. As I was walk ing up to the G-South unit where I live, I was told that S.Martinezhad entered the female housing unit and was insisting and demanding female inmates where I was. They told him  that I was at work. When inmate Juana Rosales and I were walking up to the unit, we then encountered S. Martinez

1

exiting the G-South housing unit. S.Martinez addressed me and told me that I, alone, was to return to CMS. I told him that noone was at CMS anymore because everyone has already come back for lunch. He then said that if I didn't go back immediately he "would do what he has to do". Feeling threatened and fear of disoberying a direct order by an officer and getting a shot, I walked back to the CMS building. He did this to get me alone . When I got there, nobody was around at CMS. S.Martinez then began to lecture me about things that are inappropriate while alone with him. He chose to be with me alone instead of at the unit where others would be present. During this very one sided conversation, S. Martine z made comments on my apprearance saying I am a "good looking girl" and a "clean cut girl" , my demeanor, Saying that "I seek out attention and enjoy being looked at" and that "I do things so that people will notice me". I would like to note that I am a typ ically reserved person and do not like attention. He has me answer questions about my personal life such as where I live, what my career is on the outside, and about my family- personal private information that I don't feel comfortable sharing. He also asked me what my crime was and made inferences on my character such as that I am a " cheater" and somneone who takes shortcuts in life. He coerced me to make false statements. The week before, Medley didn't call crew we so we didn't work on Nov 21 and 22, 2023. S. Martinez forced m e to admit that I skipped work those days instead of listening to the truth. I was cut off and intereupted every time I tried to say otherwise. He ended the conversation by stating that he will be watching me closely and made sure that Iwas back on time after lunch. When I returned to the unit I was noticably shaken and uncomfortable. My roomate Rosabla Meza, who was concerned as ked me what I happened . I told her about all the events in this report. I had also missed mainline and was not able to have lunch that day.
It was after this exchange that I became fearful of S.Martinez and his intentions. I expressed all of this to my roomate Rosalba Meza.(inmate)

Upon my re turn to work, I went to the tool room. S.Martinez made haste to come to the tool room and enter, where I was alone. He made comments and toldme that he has daughters and could trust him. It seemed likehe was sear ching for a verification that I was okay with what had transpired. I was visibly not okay. He

asked me if "I had thought about our conversation." I felt like I had been violated. His comments about me and prying for information made me self-concious and unsafe. I was fearful fo what his next step would be. I never gave him and validation or encouragement on his advances, this seemed to annoy him. He came into the room multiple times that dayto add to his earlier conversation andI stayed quiet during these interations. I was afraid for my safety and quietly agreed whith whatever he was saying in hopes that he woudld leave me alone and leave the tool room sooner.

His constant walking by the tool room never stopped. He would contantly stare at me whenever I moved around or where iI would go, inclduing to the bathroom or to speak with my supervisor or fellow inmates. He watched and keeps tabs to see where I am and what I am doing.He would still stop by the tool room when I was alone. No other staff has done that except to check out a tool.

On December 5, 2023, at 8:00A.M I had a callout for Threshold Class in the chapel. I have had class for weeks every Tuesday mnorning. This callout has never been an issue with my supervisor. I was accounted for and in class that morning.I reported to work and the CMS supervisor, Mr. Munoz, after my callout and lunch (Approx 10:00 AM). I did not speak or see S.Martinez that day. I found out at the end of the day that day that S.Martinez has written an incident report (incident report number: 3862458) for "refusing work assignment"(306). He cited that "Ir.mate Zamora did not report to work today ". Statements which are unt rue. I attempted to speaking with S. Martinez the next day and was yelled at by S.Martinez. He would not let me speak without interruption again . He undermined me saying that I was an inamte and he was an officer and that I had no right to speak. Realizing that the conversation was going to be fruitless I digressed and went to the tool room.

On December 6, 2023 at the shot hearing,I was reamed out by Officers Aragon, Diaz, and Blackford. While they were yelling at me they called me things such as a "failure", "trouble-maker". They threatened to send me to the SHU, and send me to an FCI. Diaz stated that "I wouldnot survive a day at an FCI and that she would love to see that."I was sanctioned to a loss of visitation

3

60 days. On the same day and at the hearing, counselor R.Diaz wrote me a second shot that was based on the statement I had made to Lt.Marin when he was conducting his investigation. (Incident report number 3863231) citing that I "refused to obey and order" (307). I did not make this statement to counsalor Diaz , she wrote it based on the report written by the Lieutenant . When Lt. Marin served me with this shot, he told me that he was reccomending that this shot be expunged ·and that it woudldn't stick.

On December 7, 2023 at the hearing counselor Diaz (who was the one who had written the shot) sanctioned me to 60 days loss of video visits. (another unreasonably harsh sanction for a 300 level shot.) Only counselor Diaz and Ms. Blackford (who is not my case manager) were present at this hearing. When counselor Diaz had left the room,I told Blackford that I felt like S.Martinez was singling me out and targeting me for diciplinary action and I needed help. She replied by sa ying that I should try to find a new job and dismissed me from the room. No futher action was taken byBlackford desp ite what I had said to her. At this hearing they also told me that S.Martine z had written me up for yet another shot...this was becoming unbelievavble.

On December 7, 2023 I reported to CMS at 7:00 A.M. I stayed in the tool room for the duration of the day and at 2:00 P.M.all the tools had been checked back infrom inmates and had been accounted for. At this time my supervisors (neither Medley or Munoz) were not around. S.Martine z was also not present. I spoke to F. Cardenas (who has an office in the CMS ) with inmate Karina Hernandez. I informed F. Cardenas about the tools. There were two tools (an extention cord and a ladder) which had been checked out by staff members, however, all tools checked out by inmates were there and that everyone was done for the day and we were the only two people left. She asked if the tools by staff had the gold chips which were assigned to them on the tools and I confirmed this. She said to make sure I "closed the tool room door and turn off the light." Inmate K. Hernandez and I did that and left for the day..

Incident report number 3862458 states (refusing to work assignment - 306)that "inmate Zamora had left without staff approval". I had left work at 2:10 P.M. and he was not present to know whe ther

4

or not I had been dismissed (even though I had). This is fur ther proof that this man is searching for reasons to file disiplinary action again st me. This shot indicated that I left without approval of staff, which is a lie. Additionally, S. Mart inez has never instructed me on my job, he runs a different department of which I am not assigned to. Futhermore , he was not present at the time of the incident.

It is clear that these incident reports are in retaliation for rejecting  S.Martinez's advances and are an intimidation tactic to opress and demean my spirit, dignity, and will. I feel unsafe and unprotected at the camp because I cannot t rust to speak to counselor Diazdue to  friendships and comradar e between counselor Diaz and S.Martinez. I believe the sanctions were especially harsh due to that comradare. Since S.Martinez has followed me and harassed me I fear for my safety and have constant anxiety. I am writing this report with fear or reltalion from staff, especially from counselor Diaz and S.Martinez for reporting PREA.


I declare under penalty of perjury that the aforementioned are tru e and to the be st of my knowledge and recollection.


Ashley Zamora

Dated · December 12, 2023

5

Ashley Elizabeth Zamora #95400509
Victorville Camp FCI Med I
PO Box 5300
Adelanto, CA 92301

Legal Mail

SN BERNARDINO CA   923

23 APR 2024   PM 7   L



APR 26 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF C

Attn: Clerk
United States District Courthouse for
the District of Central California
350 West 1st street, Suite 4311
Los Angeles, CA  90012
90012-456566

