# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| ASHLEY ELIZABETH ZAMORA,<br><br>     Petitioner,<br><br>  v.<br><br>WARDEN RICOLCOL,<br><br>     Respondent. | Case No. 5:24-cv-00887-HDV (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing First Amended Habeas Petition, **IT IS ADJUDGED** that this action is dismissed without prejudice for lack of jurisdiction.

DATED: 5/15/24

HERNAN D. VERA
United States District Judge